1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| AMANDA CUNNINGHAM, individually, and on behalf of other members of the general public similarly situated; | Case No. 2:23-cv-02564-DJC-KJN |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT, THE PARTIES' RULE 26(f) CONFERRAL DEADLINE & THE PARTIES' DEADLINE TO FILE JOINT STATUS REPORT** |
| v. | |
| SHARECARE CL, LLC, a Delaware limited liability company; SHARECARE HEALTH DATA SERVICES, LLC, a Delaware limited liability company; SHARECARE OPERATING COMPANY, INC., a Delaware corporation; CARELINX INC., a Delaware corporation; and DOES 1 through 100, inclusive; | |
| Defendants. | |

        Pending before the Court is the parties' joint motion to extend three deadlines in

this case. Upon review, the parties' joint motion is GRANTED and the Court ORDERS

the following to take place within fourteen (14) days of the Court's resolution of Plaintiff's

pending Motion to Remand (Doc. #19):

        1.  Defendants will respond to Plaintiff's Complaint;

        2.  The parties will confer as required by Rule 26(f); and

1          3.  The parties will prepare and submit the joint status report described in the

2              Initial Case Management Order (Doc. #4).

3

4    Dated:  December 12, 2023                /s/ Daniel J. Calabretta

5                                             _____
                                             THE HONORABLE DANIEL J. CALABRETTA
6                                             UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28