DOUGLAS HAN (SBN 232858)
dhan@justicelawcorp.com
SHUNT TATAVOS-GHARAJEH (SBN 272164)
statavos@justicelawcorp.com
LAWRENCE W. BEALL (SBN 343117)
lbeall@justicelawcorp.com
**JUSTICE LAW CORPORATION**
751 N. Fair Oaks Ave., Ste. 101
Pasadena, California 91103
Telephone: (818) 230-7502
Facsimile: (818) 230-7259

*Attorneys for* Plaintiff

*(Additional Counsel Information on Following Page)*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA CUNNINGHAM, individually, and on behalf of other members of the general public similarly situated;<br><br>              Plaintiff,<br><br>    v.<br><br>SHARECARE CL, LLC, a Delaware limited liability company; SHARECARE HEALTH DATA SERVICES, LLC, a Delaware limited liability company; SHARECARE OPERATING COMPANY, INC., a Delaware corporation; CARELINX INC., a Delaware corporation; and DOES 1 through 100, inclusive;<br><br>              Defendants. | Case No.: 2:23-cv-02564-DJC-KJN<br><br>Assigned to:<br>District Judge Daniel J. Calabretta, Courtroom 10<br>Magistrate Judge Kendall J. Newman, Courtroom 25<br><br><u>PUTATIVE CLASS ACTION</u><br><br>**ORDER**<br><br>[Filed concurrently with Plaintiff's Administrative Request for Remote Appearance]<br><br>Hearing Date:   February 15, 2024<br>Hearing Time:   1:30 pm<br>Hearing Place:  Courtroom 10<br><br>Complaint Filed:  September 25, 2023<br>Removal Filed:   November 6, 2023<br>Trial Date:      None Set |

BERNARD M. RESSER (SBN 092873)
bresser@bartonesq.com
GEORGIANA P. YOUNG (SBN 198848)
gyoung@bartonesq.com
**BARTON LLP**
100 Wilshire Boulevard, Suite 1300
Santa Monica, CA 90401
Tel: (212) 687-6262
Fax: (212) 687-3667

LESLIE GOFF SANDERS (*Admitted Pro Hac Vice*)
lsanders@bartonesq.com
DANIEL CROWELL (*Admitted Pro Hac Vice*)
dcrowell@bartonesq.com
STEPHEN C. STOVALL (*Admitted Pro Hac Vice*)
sstovall@bartonesq.com
**BARTON LLP**
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: (615) 340-6790

*Attorneys for* Defendant

**<u>ORDER</u>**

The administrative request of Plaintiff Amanda Cunningham ("Plaintiff") and Sharecare CL, LLC, Sharecare Health Data Services, LLC, Sharecare Operating Company, Inc., and Carelinx Inc. (together "Defendants") (collectively the "Parties") for their counsel to appear remotely at the hearing on Plaintiff's Motion to Remand is GRANTED.  Said hearing, set for February 15, 2024, is VACATED and RESET for February 22, 2024, at 1:30 p.m.  Instructions for the parties' remote appearances (Zoom) will be sent to Counsels' e-mail addresses of record approximately one week ahead of the hearing.



IT IS SO ORDERED.


Dated:  January 31, 2024                           /s/ Daniel J. Calabretta
                                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                                    UNITED STATES DISTRICT JUDGE