1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11
12
13
14

AMANDA CUNNINGHAM, individually, and on behalf of other members of the general public similarly situated;

Plaintiff,

v.

15
16
17
18
19
20

SHARECARE CL, LLC, a Delaware limited liability company; SHARECARE HEALTH DATA SERVICES, LLC, a Delaware limited liability company; SHARECARE OPERATING COMPANY, INC., a Delaware corporation; CARELINX INC., a Delaware corporation; and DOES 1 through 100, inclusive;

Defendants.

Case No. 2:23-cv-02564-DJC-CSK

Assigned to:
District Judge Daniel J. Calabretta, Courtroom 10
Magistrate Judge Chi Soo Kim, Courtroom 25

**ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER TO EXTEND FACT AND EXPERT DISCOVERY-RELATED DEADLINES AND TRIAL DEADLINES**

Complaint Filed:    September 25, 2023
Removal Filed:     November 6, 2023
Trial Date:         September 14, 2026

21
22
23
24
25
26
27
28

1

Pending before the Court is the parties' joint stipulation to amend the Scheduling Order (Doc. #40) to extend fact and expert discovery-related deadlines. Upon review, the parties' joint stipulation is GRANTED and the Court ORDERS the following:

1. All fact discovery shall be completed no later than **April 10, 2026**; and

2. The parties shall disclose initial experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than **May 7, 2026**. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before **June 5, 2026**. All expert discovery shall be completed no later than **July 2, 2026**.

3. The dispositive motion deadline shall be **September 14, 2026**, and all dispositive motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be noticed for hearing no later than **October 30, 2026**.

4. The final pretrial conference shall be on **February 11, 2027** at 1:30 PM.

5. The jury trial shall be on **April 5, 2027** at 8:30 AM.

6. The Parties' shall file a joint request for appearance at a status conference, if necessary, in early 2026.

Dated:  September 29, 2025                    /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER TO EXTEND FACT
AND EXPERT DISCOVERY-RELATED DEADLINES AND TRIAL DEADLINES