# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

AMANDA CUNNINGHAM, individually, and on behalf of other members of the general public similarly situated;

Plaintiff,

v.

SHARECARE CL, LLC, a Delaware limited liability company; SHARECARE HEALTH DATA SERVICES, LLC, a Delaware limited liability company; SHARECARE OPERATING COMPANY, INC., a Delaware corporation; CARELINX INC., a Delaware corporation; and DOES 1 through 100, inclusive;

Defendants.

Case No. 2:23-cv-02564-DJC-CSK

Assigned to:
District Judge Daniel J. Calabretta, Ctrm 10
Magistrate Judge Chi Soo Kim, Ctrm 25

**ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER**

Complaint Filed:   September 25, 2023
Removal Filed:     November 6, 2023
Trial Date:        April 5, 2027

1

**ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER**

Pending before the Court is the parties' Joint Stipulation to Amend Scheduling Order. Upon review, the parties' joint stipulation is GRANTED and the Court ORDERS the following:

1. All pre-certification fact discovery shall be completed no later than **July 31, 2026**;

2. The prior deadlines for initial expert reports in 2027 are vacated, and reset as follows:

   a. **August 7, 2026**: deadline to disclose class-certification related experts,

   b. **September 18, 2026**: deadline to disclose class-certification related rebuttal experts;

   c. **October 23, 2026**: close of class-certification related expert discovery.

3. Plaintiff shall file her motion for class certification by **December 4, 2026**.  The Parties may cross examine any witnesses identified in the class certification briefing through deposition, the pre-certification cutoff notwithstanding. Defendants' response will be due within 45 days of Plaintiff's motion. Plaintiff's reply will be due within 45 days of Defendants' response.

4. Within seven (7) days following a ruling on Plaintiff's Motion for Class Certification, the Parties shall request a status conference to set forth any potential deadlines regarding merits-based discovery, pre-trial expert discovery, or dispositive motions.

5. The final pretrial conference shall be on **February 10, 2028, at 1:30 PM**.  The jury trial shall be on **April 3, 2028, at 8:30 AM.**

Dated:  March 24, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

2

**ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER**