**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

AMANDA CUNNINGHAM, individually, and on behalf of other members of the general public similarly situated;

Plaintiff,

v.

SHARECARE CL, LLC, a Delaware limited liability company; SHARECARE HEALTH DATA SERVICES, LLC, a Delaware limited liability company; SHARECARE OPERATING COMPANY, INC., a Delaware corporation; CARELINX INC., a Delaware corporation; and DOES 1 through 100, inclusive;

Defendants.

Case No. 2:23-cv-02564-DJC-CSK

Assigned to:
District Judge Daniel J. Calabretta, Ctrm 10
Magistrate Judge Chi Soo Kim, Ctrm 25

**ORDER GRANTING JOINT STIPULATION TO BRIEFLY EXTEND CLASS EXPERT DISCLOSURE DEADLINE**

Complaint Filed: September 25, 2023
Removal Filed: November 6, 2023
Trial Date: April 5, 2027

# ORDER

Pending before the Court is the parties' Joint Stipulation to Briefly Extend Class Expert Disclosure Deadlines. Upon review, the parties' joint stipulation is GRANTED and the Court ORDERS the following:

1. The deadline for the Parties to make class-certification related expert disclosures is extended two weeks from August 7, 2026, to August 21, 2026, the deadline to disclose class-certification related rebuttal experts is extended from September 18, 2026, to October 2, 2026, and class-certification related expert discovery cutoff of October 23, 2026 to November 6, 2026.

2. All other deadlines remain unchanged.

Dated: August 6, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE